# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

In re: §
§
SCARIANO, DAVID § Case No. 06-11752 DRC
SCARIANO, DEBORAH §
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                  $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

 5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

 6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

 7.  The Trustee's proposed distribution is attached as **Exhibit D**.

 8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

 The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

 Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/THOMAS E. SPRINGER, TRUSTEE_____
              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit A

| Case No: | 06-11752   DRC   Judge: Donald R. Cassling | | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | | Date Filed (f) or Converted (c): | 09/19/06 (f) |
| | SCARIANO, DEBORAH | | | 341(a) Meeting Date: | 10/23/06 |
| For Period Ending: | 08/01/14 | | | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 0S 968 Skyline Dr | 400,000.00 | 0.00 | | 0.00 | FA |
|    Batavia, Illinois 60510 | | | | | |
| 2. 305 Howard | 51,000.00 | 0.00 | | 0.00 | FA |
|    Rockford, Illinois | | | | | |
|    Purchased 6/10/04 | | | | | |
| 3. 805 Central | 46,000.00 | 0.00 | | 0.00 | FA |
|    Rockford, Ilinois | | | | | |
|    Purchased 9/05 | | | | | |
| 4. 222 Mulberry | 50,000.00 | 0.00 | | 0.00 | FA |
|    Rockford, Illinois | | | | | |
|    Purchased 6/04 | | | | | |
| 5. 1221 Loomis | 50,000.00 | 0.00 | | 0.00 | FA |
|    Rockford, Illinois | | | | | |
|    Purchased 6/10/04 | | | | | |
| 6. 502 Foster | 48,000.00 | 15,500.00 | | 22,500.00 | FA |
|    Rockford, Illinios | | | | | |
|    Purchased 4/05 | | | | | |
| 7. 416 Forester | 55,000.00 | 0.00 | | 0.00 | FA |
|    Rockford, Illinois | | | | | |
|    Purchased 6/10/04 | | | | | |
|    Recieving Rent 583.00 a month | | | | | |
| 8. 509 Johnston | 50,000.00 | 0.00 | | 0.00 | FA |
|    Rockford, Illinois | | | | | |
|    6/10/04 Purchased | | | | | |
| 9. Earthmovers Credit Union Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Misc Furniture, TV, Sofa/Chairs, Dressers, Bedroom | 2,500.00 | 0.00 | | 0.00 | FA |
|    Set, Kitchen Appliances, DVD/VCR, dinning room table and chairs, | | | | | |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| Case No: | 06-11752 | DRC | Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | SCARIANO, DAVID | | | Date Filed (f) or Converted (c): | 09/19/06 (f) |
| | SCARIANO, DEBORAH | | | 341(a) Meeting Date: | 10/23/06 |
| | | | | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| washer dryer, lamps, misc picture, no noe item worth than 400.00 | | | | | |
| 11. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 12. 401K | 9,400.00 | 0.00 | | 0.00 | FA |
| 13. Retirement ESOP | 360,000.00 | 306,466.03 | | 60,000.00 | FA |
| Current Trustee value is estimate to pay claims 100% and not total value of stock. Total value of stock as of 6/30/09 is $272,919.18, but only 20% of value can be cashed-in per quarter. | | | | | |
| 14. 2001 GMC Yukon | 4,500.00 | 0.00 | | 0.00 | FA |
| 110,000 Miles | | | | | |
| 15. 1993 GMC Grand Prix | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 78.59 | Unknown |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $1,129,200.00   $321,966.03   $82,578.59   $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor failed to voluntarily cash in 20% of his ESOP and turnover to the Trustee. On October 23, 2012, the Trustee filed a Motion for Turnover . On November 15, 2012, the Turnover Order was entered. Debtor failed to comply with the Turnover Order and on December 20, 2012, the Trustee sought turnover of the documents directly from the ESOP account holder, AMSTED. After protracted litigation to get said documents, the Court orderd AMSTED to turnover the requested documents. The Trustee recieved the documents on 9/4/13 and upon review, learned the Debtors had been receiving the ESOP funds yearly since 2007. The Trustee filed a Complaint to Revoke the Debtors' discharge which matter was settled and dismissed June, 2014 after the Debtors turned over money received from the ESOP.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| | | |
|---|---|---|
| Case No: | 06-11752    DRC    Judge: Donald R. Cassling | Trustee Name:    THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | SCARIANO, DAVID | Date Filed (f) or Converted (c):    09/19/06 (f) |
| | SCARIANO, DEBORAH | 341(a) Meeting Date:    10/23/06 |
| | | Claims Bar Date:    04/18/07 |

Initial Projected Date of Final Report (TFR): 08/01/07     Current Projected Date of Final Report (TFR): 12/01/14

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit B

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | ASSOCIATED BANK |
|  | SCARIANO, DEBORAH | Account Number / CD #: | *******9254 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0995 |  |  |
| For Period Ending: | 08/01/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/31/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 12,940.67 |  | 12,940.67 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 7.18 | 12,933.49 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 8.24 | 12,925.25 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 7.97 | 12,917.28 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 8.23 | 12,909.05 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.19 | 12,889.86 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 |  | 2300-000 |  | 13.76 | 12,876.10 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 17.31 | 12,858.79 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.13 | 12,839.66 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.47 | 12,821.19 |
| 06/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.06 | 12,802.13 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.42 | 12,783.71 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.01 | 12,764.70 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.98 | 12,745.72 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.34 | 12,727.38 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.92 | 12,708.46 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.28 | 12,690.18 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.87 | 12,671.31 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.84 | 12,652.47 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 |  | 16.91 | 12,635.56 |
| 02/28/14 | 100002 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET | Adversary filing fee 14-00083 | 2700-001 |  | 293.00 | 12,342.56 |

Page Subtotals  12,940.67  598.11

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2
Exhibit B

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | ASSOCIATED BANK |
| | SCARIANO, DEBORAH | Account Number / CD #: | *******9254  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0995 | | |
| For Period Ending: | 08/01/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60604 | | | | | |
| | | Attn: Fiscal Department | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.98 | 12,325.58 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.45 | 12,307.13 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.71 | 12,289.42 |
| 05/19/14 | 13 | David J. Scariano | Settlement Payment | 1149-000 | 60,000.00 | | 72,289.42 |
| | | Sole Prop dba The Grout Guy | | | | | |
| | | 110 Great Egret Lane | | | | | |
| | | Brunswick, GA 31523 | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.67 | 72,233.75 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 103.91 | 72,129.84 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 72,940.67 | 810.83 | 72,129.84 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 12,940.67 | 0.00 | |
| | | Subtotal | | 60,000.00 | 810.83 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 60,000.00 | 810.83 | |

Page Subtotals    60,000.00    212.72

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 18.00a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | |
| For Period Ending: | 08/01/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/07 | 6 | First American Title Insurance Company<br>2130 Point Boulevard<br>Elgin, IL 60123 | Sale of real estate | | 15,451.39 | | 15,451.39 |
| | | WINNEBAGO COUNTY | Memo Amount:  (      648.02 )<br>1st Install. 06 Tax w/Penalty | 4700-000 | | | |
| | | WINNEBAGO COUNTY | Memo Amount:  (      918.50 )<br>Redemption for 2006 Taxes | 4700-000 | | | |
| | | WINNEBAGO COUNTY | Memo Amount:  (      629.15 )<br>Taxes 06 2nd Install. | 2820-000 | | | |
| | | WINNEBAGO COUNTY | Memo Amount:  (      783.15 )<br>1st Install 07 Taxes | 2820-000 | | | |
| | | KELLER WILLIAMS GOLD COAST | Memo Amount:  (      596.25 )<br>Broker's Commission | 3510-000 | | | |
| | | REMAX AREA EXPERTS | Memo Amount:  (      585.00 )<br>Broker's Commission | 3510-000 | | | |
| | | ROCK RIVER RECLAMATION DIST. | Memo Amount:  (      710.33 )<br>Water lien | 4120-000 | | | |
| | | CITY OF ROCKFORD | Memo Amount:  (      765.71 )<br>Water Lien | 2500-000 | | | |
| | | CITY OF ROCKFORD | Memo Amount:  (      161.75 )<br>Mowing lien | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount:  (    1,215.75 )<br>Closing Costs | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE GROU | Memo Amount:      22,500.00<br>Sale of Real Property | 1110-000 | | | |
| | | RRWRD INSPECTION | Memo Amount:  (       35.00 )<br>Plumbing inspection | 2500-000 | | | |
| 08/31/07 | 16 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.31 | | 15,454.70 |

Page Subtotals       15,454.70       0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit B

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193 MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/07 | 16 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 9.84 | | 15,464.54 |
| 10/31/07 | 16 | BANK OF AMERICA | Interest Rate  0.750 | 1270-000 | 9.86 | | 15,474.40 |
| 11/30/07 | 16 | BANK OF AMERICA | Interest Rate  0.650 | 1270-000 | 8.27 | | 15,482.67 |
| 12/31/07 | 16 | BANK OF AMERICA | Interest Rate  0.500 | 1270-000 | 7.40 | | 15,490.07 |
| 01/31/08 | 16 | BANK OF AMERICA | Interest Rate  0.400 | 1270-000 | 6.14 | | 15,496.21 |
| 02/29/08 | 16 | BANK OF AMERICA | Interest Rate  0.300 | 1270-000 | 3.68 | | 15,499.89 |
| 03/31/08 | 16 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 3.66 | | 15,503.55 |
| 04/30/08 | 16 | BANK OF AMERICA | Interest Rate  0.250 | 1270-000 | 3.18 | | 15,506.73 |
| 05/30/08 | 16 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.97 | | 15,508.70 |
| 06/30/08 | 16 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.91 | | 15,510.61 |
| 07/31/08 | 16 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.97 | | 15,512.58 |
| 08/29/08 | 16 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.96 | | 15,514.54 |
| 09/30/08 | 16 | BANK OF AMERICA | Interest Rate  0.150 | 1270-000 | 1.91 | | 15,516.45 |
| 10/31/08 | 16 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.51 | | 15,517.96 |
| 11/28/08 | 16 | BANK OF AMERICA | Interest Rate  0.100 | 1270-000 | 1.27 | | 15,519.23 |
| 12/31/08 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.78 | | 15,520.01 |
| 01/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.13 | | 15,520.14 |
| 02/09/09 | 001000 | International Sureties, Ltd | Bond Payment Allocation | 2300-000 | | 12.29 | 15,507.85 |
| | | Suite 420 | Chapter 7 Blanket Bond Illinois - Chicago - Northern | | | | |
| | | 701 Poydras St. | District | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 02/27/09 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 15,507.97 |
| 03/31/09 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.14 | | 15,508.11 |
| 04/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 15,508.45 |
| 05/29/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,508.84 |
| 06/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.39 | | 15,509.23 |
| 07/31/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,509.63 |
| 08/31/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.40 | | 15,510.03 |
| 09/04/09 | 001001 | Alan D. Lasko, CPA | Accountant Fees and Expenses | | | 2,361.87 | 13,148.16 |

Page Subtotals          67.62        2,374.16

FORM 2

Page: 5
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 29 South LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | pursuant to Court Order entered on 8/20/09 | | | | |
| | | | Fees             2,351.30 | 3310-000 | | | |
| | | | Expenses           10.57 | 3320-000 | | | |
| 09/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,148.50 |
| 10/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,148.83 |
| 11/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,149.16 |
| 12/31/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,149.50 |
| 01/29/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,149.83 |
| 02/09/10 | 001002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 12.04 | 13,137.79 |
| 02/26/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.30 | | 13,138.09 |
| 03/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,138.43 |
| 04/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,138.75 |
| 05/28/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,139.08 |
| 06/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,139.41 |
| 07/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,139.74 |
| 08/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,140.08 |
| 09/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,140.40 |
| 10/29/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,140.73 |
| 11/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,141.06 |
| 12/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,141.39 |
| 01/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,141.72 |
| 02/28/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,141.82 |
| 03/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,141.93 |
| 04/26/11 | 001003 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 10.90 | 13,131.03 |

Page Subtotals     5.81     22.94

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,131.13 |
| 05/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,131.25 |
| 06/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,131.36 |
| 07/29/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,131.46 |
| 08/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,131.58 |
| 09/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,131.69 |
| 10/31/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,131.80 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.73 | 13,115.07 |
| 11/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,115.18 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.17 | 13,099.01 |
| 12/30/11 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,099.12 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.15 | 13,082.97 |
| 01/31/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,083.08 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.16 | 13,065.92 |
| 02/15/12 | 001004 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 13.00 | 13,052.92 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 13,053.02 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.53 | 13,037.49 |
| 03/30/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,037.60 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.03 | 13,021.57 |
| 04/30/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,021.68 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.54 | 13,005.14 |
| 05/31/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,005.25 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.52 | 12,988.73 |

Page Subtotals       1.53       143.83

FORM 2

Page: 7
Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.10 | | 12,988.83 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.44 | 12,973.39 |
| 07/31/12 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 12,973.50 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.01 | 12,956.49 |
| 08/31/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 12,956.60 |
| 08/31/12 | | BANK OF AMERICA 901 MAIN STREET 10TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 15.93 | 12,940.67 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,940.67 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Memo Allocation Receipts: | 22,500.00 | COLUMN TOTALS | | 15,529.98 | 15,529.98 | 0.00 |
| | Memo Allocation Disbursements: | 7,048.61 | Less: Bank Transfers/CD's | | 0.00 | 12,940.67 | |
| | | | Subtotal | | 15,529.98 | 2,589.31 | |
| | Memo Allocation Net: | 15,451.39 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 15,529.98 | 2,589.31 | |

| | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|---|
| Total Allocation Receipts: | 22,500.00 | | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 7,048.61 | | CHECKING ACCOUNT - ********9254 | 60,000.00 | 810.83 | 72,129.84 |
| | | | MONEY MARKET - ********1193 | 15,529.98 | 2,589.31 | 0.00 |
| Total Memo Allocation Net: | 15,451.39 | | | 75,529.98 | 3,400.14 | 72,129.84 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.32    12,989.05

FORM 2

Page: 8

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 08/01/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| Page 1 | | CLAIMS ANALYSIS<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: August 01, 2014 |
|---|---|---|---|---|---|---|

Case Number: 06-11752  
Debtor Name: SCARIANO, DAVID  
Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|
| 001<br>3410-00 | Alan D. Lasko, CPA<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, IL 60603 | Administrative | $0.00 | $2,361.87 | $2,361.87 |
| 8<br>070<br>7100-00 | Citibank ( South Dakota ) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured | $0.00 | $6,710.99 | $6,710.99 |
| 9<br>070<br>7100-00 | Citibank ( South Dakota ) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Unsecured<br>(9-1) Edited claim to correct claim amount 2/22/2007 | $0.00 | $7,243.33 | $7,243.33 |
| 1<br>070<br>7100-90 | Discover Bank/<br>Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Unsecured<br>(1-1) 007520719104 | $0.00 | $12,103.14 | $12,103.14 |
| 2<br>070<br>7100-90 | Discover Bank/<br>Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Unsecured<br>(2-1) 007840732746 | $0.00 | $7,196.69 | $7,196.69 |
| 3B<br>050<br>4110-00 | Earthmover Credit Union<br>POB 2937<br>Aurora, IL 60507 | Secured<br>Secured portion of Claim disalllowed per Order entered 9/6/07 | $0.00 | $142,396.33 | $0.00 |
| 3A<br>070<br>7100-00 | Earthmover Credit Union<br>POB 2937<br>Aurora, IL 60507 | Unsecured<br>Claim reduced per Order entered 9/6/07 | $0.00 | $464.80 | $384.80 |
| BOND<br>999<br>2300-00 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Administrative | $0.00 | $41.57 | $41.57 |
| 7<br>070<br>7100-00 | Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Unsecured | $0.00 | $592.55 | $592.55 |
| 6<br>070<br>7100-00 | LVNV Funding LLC its successors and assigns as<br>assignee of Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Unsecured | $0.00 | $9,890.60 | $9,890.60 |
| 10<br>070<br>7100-00 | LVNV Funding | Unsecured<br>DISALLOWED PURSUANT TO ORDER ENTERED 4/4/14 | $0.00 | $7,243.33 | $0.00 |

Page 2 | CLAIMS ANALYSIS
ANALYSIS OF CLAIMS REGISTER | Date: August 01, 2014

Case Number: 06-11752
Debtor Name: SCARIANO, DAVID

Claimant's Name Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001 3110-00 | Thomas E. Springer<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $24,349.51 | $24,349.51 |
| 001 2100-00 | Thomas E. Springer, Trustee<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Administrative | | $0.00 | $7,378.93 | $7,378.93 |
| 4 070 7100-00 | Von Maur<br>6565 Brady<br>Davenport, IA 52806 | Unsecured | Account #8034 | $0.00 | $102.85 | $102.85 |
| 5 070 7100-00 | Von Maur<br>6565 Brady<br>Davenport, IA 52806 | Unsecured | Account #2156 | $0.00 | $104.14 | $104.14 |
| | Case Totals: | | | $0.00 | $228,180.63 | $78,460.97 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-11752 DRC
Case Name: SCARIANO, DAVID
            SCARIANO, DEBORAH
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

   Balance on hand               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Thomas E. Springer | $ | $ | $ |
| Attorney for Trustee Expenses: Thomas E. Springer | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ | $ | $ |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ | $ | $ |
| Other: INTERNATIONAL SURETIES, LTD. | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses     $_____

  Remaining Balance                   $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

    In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be         percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/ | $ | $ | $ |
| 2 | Discover Bank/ | $ | $ | $ |
| 3A | Earthmover Credit Union | $ | $ | $ |
| 4 | Von Maur | $ | $ | $ |
| 5 | Von Maur | $ | $ | $ |
| 6 | LVNV Funding LLC its successors and assigns as | $ | $ | $ |
| 7 | Kohls/Chase Bank USA,N.A. | $ | $ | $ |
| 8 | Citibank ( South Dakota ) N.A. | $ | $ | $ |
| 9 | Citibank ( South Dakota ) N.A. | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance      $_____

    Tardily filed claims of general (unsecured) creditors totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be     percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $     have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be     percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 18)*