UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| SCARIANO, DAVID | § | Case No. 06-11752 |
| SCARIANO, DEBORAH | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

                  CLERK OF THE U.S. BANKRUPTCY COURT
                  219 S. DEARBORN STREET
                  CHICAGO, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/12/2014 in Courtroom 240,
                  United States Courthouse
                  Old Kane County Courthouse
                  100 S. Third Street, Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____       By: _____

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SCARIANO, DAVID § Case No. 06-11752
SCARIANO, DEBORAH §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 82,578.59 |
| and approved disbursements of | $ | 10,448.75 |
| leaving a balance on hand of[1] | $ | 72,129.84 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: THOMAS E. SPRINGER, TRUSTEE | $ 7,378.93 | $ 0.00 | $ 7,378.93 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 24,165.00 | $ 0.00 | $ 24,165.00 |
| Attorney for Trustee Expenses: Thomas E. Springer | $ 184.51 | $ 0.00 | $ 184.51 |
| Accountant for Trustee Fees: Alan D. Lasko, CPA | $ 2,351.30 | $ 2,351.30 | $ 0.00 |
| Accountant for Trustee Expenses: Alan D. Lasko, CPA | $ 10.57 | $ 10.57 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 41.57 | $ 41.57 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Total to be paid for chapter 7 administrative expenses $ 31,728.44

Remaining Balance $ 40,401.40

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 44,329.09 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 91.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank/ | $ 12,103.14 | $ 0.00 | $ 11,030.77 |
| 2 | Discover Bank/ | $ 7,196.69 | $ 0.00 | $ 6,559.04 |
| 3A | Earthmover Credit Union | $ 384.80 | $ 0.00 | $ 350.71 |
| 4 | Von Maur | $ 102.85 | $ 0.00 | $ 93.74 |
| 5 | Von Maur | $ 104.14 | $ 0.00 | $ 94.91 |
| 6 | LVNV Funding LLC its successors and assigns as | $ 9,890.60 | $ 0.00 | $ 9,014.26 |
| 7 | Kohls/Chase Bank USA,N.A. | $ 592.55 | $ 0.00 | $ 540.05 |
| 8 | Citibank ( South Dakota ) N.A. | $ 6,710.99 | $ 0.00 | $ 6,116.38 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | Citibank ( South Dakota ) N.A. | $ 7,243.33 | $ 0.00 | $ 6,601.54 |
| | Total to be paid to timely general unsecured creditors | | $ | 40,401.40 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Thomas E. Springer
Trustee

*THOMAS E. SPRINGER, TRUSTEE*
*400 S. County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
David Scariano  
Deborah Scariano  
    Debtors

Case No. 06-11752-DRC  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: dgomez     Page 1 of 2     Date Rcvd: Aug 20, 2014  
                     Form ID: pdf006     Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2014.

```
db          David Scariano,    0S968 Skyline Drive,    Batavia, IL 60510
jdb         Deborah Scariano,  0S96S Skyline Drive,    Batavia, IL 60510
10920573   +American Collections,    919 Estes Ct,    Schaumburg, IL 60193-4436
10920574   +Att&t Universal/ Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10920575   +Cbusasears,    Po Box 6189,    Sioux Falls, SD 57117-6189
10920576   +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
10920577   +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
11187070    Citibank ( South Dakota ) N.A.,    Exception Payment Processing,    P.O. Box 6305,
             The Lakes, NV 88901-6305
10920579   +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
10920584   +Dependon Collection Se,    7627 W Lake St 210,    River Forest, IL 60305-1878
10920590   +Monogram Bank N America,    Po Box 17054,    Wilmington, DE 19850-7054
10920591   +Nco Fin Ah,    Pob 105062 Office Services Di,    Atlanta, GA 30348-5062
10920595  ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
           (address filed with court: Von Maur,    6565 Brady,    Davenport, IA 52806)
10920597   +Wells Fargo Home Mortg,    625 Maryville Centre Dr,    Saint Louis, MO 63141-5834
10920598   +Wffinance,    2773 Maple Ave,    Lisle, IL 60532-3280
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
10920585     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2014 01:20:24    Discover Fin,   Pob 15316,
              Wilmington, DE 19850
11049456    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2014 01:20:24
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11054309    +E-mail/Text: collections@earthmovercu.com Aug 21 2014 00:51:38    Earthmover Credit Union,
              POB 2937,    Aurora, IL 60507-2937
10920587    +E-mail/Text: collections@earthmovercu.com Aug 21 2014 00:51:38    Earthmover Cu,    Po Box 2937,
              Aurora, IL 60507-2937
11154679    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 21 2014 00:51:00    Kohls/Chase Bank USA,N.A.,
              c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, TX 75374-0933
10920589    +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 21 2014 00:51:00    Kohls/chase,
              N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
11139668     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2014 00:55:14
              LVNV Funding LLC its successors and assigns as,    assignee of Citi,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
12142582     E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2014 00:56:07
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
10920592    +E-mail/Text: bankrup@aglresources.com Aug 21 2014 00:50:38    Nicor Gas,    1844 Ferry Road,
              Naperville, IL 60563-9600
10920593    +E-mail/Text: clientservices@northwestcollectors.com Aug 21 2014 00:51:20    Northwest Collectors,
              3601 Algonquin Rd Ste 23,    Rolling Meadows, IL 60008-3143
21702214    +E-mail/PDF: resurgentbknotifications@resurgent.com Aug 21 2014 00:55:14    PYOD LLC,
              c/o Resurgnet Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
10920594    +E-mail/Text: SBONNEMA@ROGENT.COM Aug 21 2014 00:53:20    Rogers & Hol,    Po Box 879,
              Matteson, IL 60443-0879
                                                                                              TOTAL: 12
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty         Audrey Johnson
aty         Gambino Realtors Inc
aty         Springer Brown Covey Gaertner & Davis LLC
10920578*  +Citibank,    Po Box 6241,    Sioux Falls, SD 57117-6241
10920580*  +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
10920581*  +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
10920582*  +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
10920583*  +Countrywide Home Lending,    450 American St Credit Reporting S,    Simi Valley, CA 93065-6285
10920586* ++DISCOVER FINANCIAL SERVICES LLC,    PO BOX 3025,    NEW ALBANY OH 43054-3025
           (address filed with court: Discover Fin,    Pob 15316,    Wilmington, DE 19850)
10920588*  +Earthmover Cu,    Po Box 2937,    Aurora, IL 60507-2937
10920596* ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
           (address filed with court: Von Maur,    6565 Brady,    Davenport, IA 52806)
                                                                                     TOTALS: 3, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: dgomez                Page 2 of 2                  Date Rcvd: Aug 20, 2014
                              Form ID: pdf006             Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2014                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 19, 2014 at the address(es) listed below:
              Amanda M. Buck    on behalf of Creditor   Countrywide Home Loans, Inc. abuck@atty-pierce.com
              Bryan K Clark    on behalf of Interested Party   Amsted Industries Inc Employees' Stock Ownership
               Plan Committee bclark@vedderprice.com
              Elizabeth A. Bates    on behalf of Plaintiff Thomas E Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Elizabeth A. Bates    on behalf of Trustee Thomas E Springer ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              James A Young    on behalf of Debtor David  Scariano jyoung@dizonyoung.com,
               carol@dizonyoung.com;sarai@dizonyoung.com
              James A Young    on behalf of Joint Debtor Deborah  Scariano jyoung@dizonyoung.com,
               carol@dizonyoung.com;sarai@dizonyoung.com
              Kent A Gaertner    on behalf of Trustee Thomas E Springer kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Michael J Halpin    on behalf of Creditor   Countrywide Home Loans, Inc. mhalpin@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Michele M Springer    on behalf of Trustee Thomas E Springer mspringer@springerbrown.com,
               marigonzo@springerbrown.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rachael A Stokas    on behalf of Creditor   WELLS FARGO BANK, NA ND-Two@il.cslegal.com
              Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Thomas E Springer     tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
                                                                                              TOTAL: 13
```