UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
SCARIANO, DAVID                     §    Case No. 06-11752
SCARIANO, DEBORAH                   §
                                    §
                                    §
         Debtor(s)                  §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/THOMAS E. SPRINGER, TRUSTEE_____
                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3B | Earthmover Credit |  |  |  |  |  |
|  | ROCK RIVER RECLAMATION DIST. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | WINNEBAGO COUNTY | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER | | | | | |
| INTERNATIONAL SURE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| CITY OF ROCKFORD | | | | | |
| FIRST AMERICAN TITLE INSURANCE COMP | | | | | |
| RRWRD INSPECTION | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA | | | | | |
| CLERK OF THE BANKRUPTCY COURT | | | | | |
| WINNEBAGO COUNTY | | | | | |
| Thomas E. Springer | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Thomas E. Springer | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| Alan D. Lasko | | | | | |
| Alan D. Lasko | | | | | |
| KELLER WILLIAMS GOLD COAST | | | | | |
| REMAX AREA EXPERTS | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | CITIBANK | | | | | |
| 9 | CITIBANK | | | | | |
| 3A | Earthmover Credit Union | | | | | |
| 7 | KOHLS/CHASE | | | | | |
| 6 | LVNV FUNDING | | | | | |
| 10 | Lvnv Funding | | | | | |
| 4 | Von Maur | | | | | |
| 5 | Von Maur | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 2 | DISCOVER BANK/ | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 06-11752  DRC  Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Date Filed (f) or Converted (c): | 09/19/06 (f) |
| | SCARIANO, DEBORAH | 341(a) Meeting Date: | 10/23/06 |
| For Period Ending: | 02/17/15 | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 0S 968 Skyline Dr | 400,000.00 | 0.00 | | 0.00 | FA |
| Batavia, Illinois 60510 | | | | | |
| 2. 305 Howard | 51,000.00 | 0.00 | | 0.00 | FA |
| Rockford, Illinois | | | | | |
| Purchased 6/10/04 | | | | | |
| 3. 805 Central | 46,000.00 | 0.00 | | 0.00 | FA |
| Rockford, Ilinois | | | | | |
| Purchased 9/05 | | | | | |
| 4. 222 Mulberry | 50,000.00 | 0.00 | | 0.00 | FA |
| Rockford, Illinois | | | | | |
| Purchased 6/04 | | | | | |
| 5. 1221 Loomis | 50,000.00 | 0.00 | | 0.00 | FA |
| Rockford, Illinois | | | | | |
| Purchased 6/10/04 | | | | | |
| 6. 502 Foster | 48,000.00 | 15,500.00 | | 22,500.00 | FA |
| Rockford, Illinios | | | | | |
| Purchased 4/05 | | | | | |
| 7. 416 Forester | 55,000.00 | 0.00 | | 0.00 | FA |
| Rockford, Illinois | | | | | |
| Purchased 6/10/04 | | | | | |
| Recieving Rent 583.00 a month | | | | | |
| 8. 509 Johnston | 50,000.00 | 0.00 | | 0.00 | FA |
| Rockford, Illinois | | | | | |
| 6/10/04 Purchased | | | | | |
| 9. Earthmovers Credit Union Checking | 1,000.00 | 0.00 | | 0.00 | FA |
| 10. Misc Furniture, TV, Sofa/Chairs, Dressers, Bedroom Set, Kitchen Appliances, DVD/VCR, dinning room table and chairs, | 2,500.00 | 0.00 | | 0.00 | FA |

LFORM1  
**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 18.03b

Case 06-11752 Doc 133 Filed 03/24/15 Entered 03/24/15 11:10:53 Desc Main
Document Page 8 of 19

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit 8

| Case No: | 06-11752 DRC Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | SCARIANO, DAVID | Date Filed (f) or Converted (c): | 09/19/06 (f) |
|  | SCARIANO, DEBORAH | 341(a) Meeting Date: | 10/23/06 |
|  |  | Claims Bar Date: | 04/18/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| washer dryer, lamps, misc picture, no noe item worth than 400.00 | | | | | |
| 11. Wearing Apparel | 300.00 | 0.00 | | 0.00 | FA |
| 12. 401K | 9,400.00 | 0.00 | | 0.00 | FA |
| 13. Retirement ESOP | 360,000.00 | 306,466.03 | | 60,000.00 | FA |
| Current Trustee value is estimate to pay claims 100% and not total value of stock. Total value of stock as of 6/30/09 is $272,919.18, but only 20% of value can be cashed-in per quarter. | | | | | |
| 14. 2001 GMC Yukon | 4,500.00 | 0.00 | | 0.00 | FA |
| 110,000 Miles | | | | | |
| 15. 1993 GMC Grand Prix | 1,500.00 | 0.00 | | 0.00 | FA |
| 16. Post-Petition Interest Deposits (u) | Unknown | N/A | | 78.59 | Unknown |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,129,200.00 | $321,966.03 | $82,578.59 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor failed to voluntarily cash in 20% of his ESOP and turnover to the Trustee. On October 23, 2012, the Trustee filed a Motion for Turnover . On November 15, 2012, the Turnover Order was entered. Debtor failed to comply with the Turnover Order and on December 20, 2012, the Trustee sought turnover of the documents directly from the ESOP account holder, AMSTED. After protracted litigation to get said documents, the Court orderd AMSTED to turnover the requested documents. The Trustee recieved the documents on 9/4/13 and upon review, learned the Debtors had been receiving the ESOP funds yearly since 2007. The Trustee filed a Complaint to Revoke the Debtors' discharge which matter was settled and dismissed June, 2014 after the Debtors turned over money received from the ESOP.

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 06-11752   DRC   Judge: Donald R. Cassling | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| Case Name: | SCARIANO, DAVID | Date Filed (f) or Converted (c): | 09/19/06 (f) |
| | SCARIANO, DEBORAH | 341(a) Meeting Date: | 10/23/06 |
| | | Claims Bar Date: | 04/18/07 |

Initial Projected Date of Final Report (TFR): 08/01/07    Current Projected Date of Final Report (TFR): 12/01/14

Case 06-11752   Doc 133   Filed 03/24/15   Entered 03/24/15 11:10:53   Desc Main
Document      Page 10 of 19

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1
Exhibit 9

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | ASSOCIATED BANK |
|  | SCARIANO, DEBORAH | Account Number / CD #: | *******9254  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0995 |  |  |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 08/31/12 |  | Trsf In From BANK OF AMERICA | INITIAL WIRE TRANSFER IN | 9999-000 | 12,940.67 |  | 12,940.67 |
| 10/16/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 7.18 | 12,933.49 |
| 11/05/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 8.24 | 12,925.25 |
| 12/07/12 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 7.97 | 12,917.28 |
| 01/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 8.23 | 12,909.05 |
| 02/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.19 | 12,889.86 |
| 02/26/13 | 100000 | International Surities, Ltd. Suite 420 701 Poydra Street New Orleans, LA 70139 |  | 2300-000 |  | 13.76 | 12,876.10 |
| 03/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 17.31 | 12,858.79 |
| 04/05/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.13 | 12,839.66 |
| 05/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.47 | 12,821.19 |
| 06/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.06 | 12,802.13 |
| 07/08/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.42 | 12,783.71 |
| 08/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 19.01 | 12,764.70 |
| 09/09/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.98 | 12,745.72 |
| 10/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.34 | 12,727.38 |
| 11/07/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.92 | 12,708.46 |
| 12/06/13 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.28 | 12,690.18 |
| 01/08/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.87 | 12,671.31 |
| 02/07/14 |  | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 |  | 18.84 | 12,652.47 |
| 02/11/14 | 100001 | INTERNATIONAL SURETIES, LTD. Suite 420 701 Poydras Street New Orleans, LA 70139 | Blanket Bond # 016026455 | 2300-000 |  | 16.91 | 12,635.56 |
| 02/28/14 | 100002 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S. DEARBORN STREET | Adversary filing fee 14-00083 | 2700-001 |  | 293.00 | 12,342.56 |

Page Subtotals    12,940.67    598.11

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | ASSOCIATED BANK |
|  | SCARIANO, DEBORAH | Account Number / CD #: | *******9254  CHECKING ACCOUNT |
| Taxpayer ID No: | *******0995 | | |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL 60604 | | | | | |
| | | Attn: Fiscal Department | | | | | |
| 03/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.98 | 12,325.58 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.45 | 12,307.13 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 17.71 | 12,289.42 |
| 05/19/14 | 13 | David J. Scariano | Settlement Payment | 1149-000 | 60,000.00 | | 72,289.42 |
| | | Sole Prop dba The Grout Guy | | | | | |
| | | 110 Great Egret Lane | | | | | |
| | | Brunswick, GA 31523 | | | | | |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 55.67 | 72,233.75 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 103.91 | 72,129.84 |
| 09/19/14 | 100003 | Thomas E. Springer, Trustee | Trustee Compensation | 2100-000 | | 7,378.93 | 64,750.91 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| 09/19/14 | 100004 | Thomas E. Springer, Trustee | Attorney for Trustee Fees (Trustee | | | 24,349.51 | 40,401.40 |
| | | 400 S. County Farm Road | | | | | |
| | | Suite 330 | | | | | |
| | | Wheaton, IL 60187 | | | | | |
| | | | Fees          24,165.00 | 3110-000 | | | |
| | | | Expenses         184.51 | 3120-000 | | | |
| 09/19/14 | 100005 | Earthmover Credit Union | Claim 3A, Payment 91.14085% | 7100-000 | | 350.71 | 40,050.69 |
| | | POB 2937 | | | | | |
| | | Aurora, IL 60507 | | | | | |
| 09/19/14 | 100006 | Von Maur | Claim 4, Payment 91.14244% | 7100-000 | | 93.74 | 39,956.95 |
| | | 6565 Brady | | | | | |
| | | Davenport, IA 52806 | | | | | |
| 09/19/14 | 100007 | Von Maur | Claim 5, Payment 91.13693% | 7100-000 | | 94.91 | 39,862.04 |
| | | 6565 Brady | | | | | |

Page Subtotals          60,000.00          32,480.52

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SCARIANO, DAVID | | Bank Name: | ASSOCIATED BANK |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******9254 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/19/14 | 100008 | Davenport, IA 52806<br>LVNV Funding LLC its successors and assigns as assignee of Citi<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Claim 6, Payment 91.13967% | 7100-000 | | 9,014.26 | 30,847.78 |
| 09/19/14 | 100009 | Kohls/Chase Bank USA,N.A.<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, TX 75374 | Claim 7, Payment 91.13999% | 7100-000 | | 540.05 | 30,307.73 |
| 09/19/14 | 100010 | Citibank ( South Dakota ) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 8, Payment 91.13976% | 7100-000 | | 6,116.38 | 24,191.35 |
| 09/19/14 | 100011 | Citibank ( South Dakota ) N.A.<br>Exception Payment Processing<br>P.O. Box 6305<br>The Lakes, NV 88901-6305 | Claim 9, Payment 91.13957% | 7100-000 | | 6,601.54 | 17,589.81 |
| 09/19/14 | 100012 | Discover Bank/<br>Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Claim 1, Payment 91.13974% | 7100-900 | | 11,030.77 | 6,559.04 |
| 09/19/14 | 100013 | Discover Bank/<br>Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | Claim 2, Payment 91.13968% | 7100-900 | | 6,559.04 | 0.00 |

Page Subtotals          0.00          39,862.04

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | ASSOCIATED BANK |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******9254 CHECKING ACCOUNT |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | 72,940.67 | 72,940.67 | 0.00 |
| | | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | 12,940.67 | 0.00 | |
| | | | | Subtotal | 60,000.00 | 72,940.67 | |
| | | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | 0.00 | |
| | | | | Net | 60,000.00 | 72,940.67 | |

Page Subtotals 0.00 0.00

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | BANK OF AMERICA |
|  | SCARIANO, DEBORAH | Account Number / CD #: | *******1193 MONEY MARKET |
| Taxpayer ID No: | *******0995 | | |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/21/07 | 6 | First American Title Insurance Company<br>2130 Point Boulevard<br>Elgin, IL 60123 | Sale of real estate | | 15,451.39 | | 15,451.39 |
| | | WINNEBAGO COUNTY | Memo Amount:   (    648.02 )<br>1st Install. 06 Tax w/Penalty | 4700-000 | | | |
| | | WINNEBAGO COUNTY | Memo Amount:   (    918.50 )<br>Redemption for 2006 Taxes | 4700-000 | | | |
| | | WINNEBAGO COUNTY | Memo Amount:   (    629.15 )<br>Taxes 06 2nd Install. | 2820-000 | | | |
| | | WINNEBAGO COUNTY | Memo Amount:   (    783.15 )<br>1st Install 07 Taxes | 2820-000 | | | |
| | | KELLER WILLIAMS GOLD COAST | Memo Amount:   (    596.25 )<br>Broker's Commission | 3510-000 | | | |
| | | REMAX AREA EXPERTS | Memo Amount:   (    585.00 )<br>Broker's Commission | 3510-000 | | | |
| | | ROCK RIVER RECLAMATION DIST. | Memo Amount:   (    710.33 )<br>Water lien | 4120-000 | | | |
| | | CITY OF ROCKFORD | Memo Amount:   (    765.71 )<br>Water Lien | 2500-000 | | | |
| | | CITY OF ROCKFORD | Memo Amount:   (    161.75 )<br>Mowing lien | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE COMP | Memo Amount:   (  1,215.75 )<br>Closing Costs | 2500-000 | | | |
| | | FIRST AMERICAN TITLE INSURANCE GROU | Memo Amount:      22,500.00<br>Sale of Real Property | 1110-000 | | | |
| | | RRWRD INSPECTION | Memo Amount:   (     35.00 )<br>Plumbing inspection | 2500-000 | | | |
| 08/31/07 | 16 | BANK OF AMERICA | Interest Rate  1.000 | 1270-000 | 3.31 | | 15,454.70 |

Page Subtotals     15,454.70     0.00

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 14)*

FORM 2

Page: 6

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193 MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/28/07 | 16 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.84 | | 15,464.54 |
| 10/31/07 | 16 | BANK OF AMERICA | Interest Rate 0.750 | 1270-000 | 9.86 | | 15,474.40 |
| 11/30/07 | 16 | BANK OF AMERICA | Interest Rate 0.650 | 1270-000 | 8.27 | | 15,482.67 |
| 12/31/07 | 16 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 7.40 | | 15,490.07 |
| 01/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.400 | 1270-000 | 6.14 | | 15,496.21 |
| 02/29/08 | 16 | BANK OF AMERICA | Interest Rate 0.300 | 1270-000 | 3.68 | | 15,499.89 |
| 03/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.66 | | 15,503.55 |
| 04/30/08 | 16 | BANK OF AMERICA | Interest Rate 0.250 | 1270-000 | 3.18 | | 15,506.73 |
| 05/30/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.97 | | 15,508.70 |
| 06/30/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,510.61 |
| 07/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.97 | | 15,512.58 |
| 08/29/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.96 | | 15,514.54 |
| 09/30/08 | 16 | BANK OF AMERICA | Interest Rate 0.150 | 1270-000 | 1.91 | | 15,516.45 |
| 10/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.51 | | 15,517.96 |
| 11/28/08 | 16 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 1.27 | | 15,519.23 |
| 12/31/08 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.78 | | 15,520.01 |
| 01/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.13 | | 15,520.14 |
| 02/09/09 | 001000 | International Sureties, Ltd Suite 420 701 Poydras St. New Orleans, LA 70139 | Bond Payment Allocation Chapter 7 Blanket Bond Illinois - Chicago - Northern District | 2300-000 | | 12.29 | 15,507.85 |
| 02/27/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 15,507.97 |
| 03/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.14 | | 15,508.11 |
| 04/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.34 | | 15,508.45 |
| 05/29/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,508.84 |
| 06/30/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.39 | | 15,509.23 |
| 07/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,509.63 |
| 08/31/09 | 16 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.40 | | 15,510.03 |
| 09/04/09 | 001001 | Alan D. Lasko, CPA | Accountant Fees and Expenses | | | 2,361.87 | 13,148.16 |

Page Subtotals     67.62     2,374.16

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

FORM 2

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11752 -DRC | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|
| Case Name: | SCARIANO, DAVID | Bank Name: | BANK OF AMERICA |
|  | SCARIANO, DEBORAH | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | |
| For Period Ending: | 02/17/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 29 South LaSalle Street<br>Suite 1240<br>Chicago, IL  60603 | pursuant to Court Order entered on 8/20/09<br><br>Fees            2,351.30<br>Expenses           10.57 | 3310-000<br>3320-000 | | | |
| 09/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,148.50 |
| 10/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,148.83 |
| 11/30/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,149.16 |
| 12/31/09 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,149.50 |
| 01/29/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,149.83 |
| 02/09/10 | 001002 | INTERNATIONAL SURETIES, LTD.<br>SUITE 420<br>701 POYDRAS STREET<br>NEW ORLEANS, LA 70139 | Portion on Blanket Bond #016026455 | 2300-000 | | 12.04 | 13,137.79 |
| 02/26/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.30 | | 13,138.09 |
| 03/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,138.43 |
| 04/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,138.75 |
| 05/28/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,139.08 |
| 06/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,139.41 |
| 07/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,139.74 |
| 08/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,140.08 |
| 09/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.32 | | 13,140.40 |
| 10/29/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,140.73 |
| 11/30/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,141.06 |
| 12/31/10 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,141.39 |
| 01/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.33 | | 13,141.72 |
| 02/28/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,141.82 |
| 03/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,141.93 |
| 04/26/11 | 001003 | INTERNATIONAL SURETIES, LTD. | Portion on Blanket Bond #016026455 | 2300-000 | | 10.90 | 13,131.03 |

Page Subtotals        5.81        22.94

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

FORM 2

Page: 8

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193 MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 04/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,131.13 |
| 05/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,131.25 |
| 06/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,131.36 |
| 07/29/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,131.46 |
| 08/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,131.58 |
| 09/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,131.69 |
| 10/31/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,131.80 |
| 10/31/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.73 | 13,115.07 |
| 11/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,115.18 |
| 11/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.17 | 13,099.01 |
| 12/30/11 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,099.12 |
| 12/30/11 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.15 | 13,082.97 |
| 01/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,083.08 |
| 01/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.16 | 13,065.92 |
| 02/15/12 | 001004 | INTERNATIONAL SURETIES, LTD. | Blanket Bond ; Bond #016026455 | 2300-000 | | 13.00 | 13,052.92 |
| | | SUITE 420 | | | | | |
| | | 701 POYDRAS STREET | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 02/29/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 13,053.02 |
| 02/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.53 | 13,037.49 |
| 03/30/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,037.60 |
| 03/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.03 | 13,021.57 |
| 04/30/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,021.68 |
| 04/30/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.54 | 13,005.14 |
| 05/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 13,005.25 |
| 05/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 16.52 | 12,988.73 |

Page Subtotals      1.53      143.83

Ver: 18.03b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 17)*

FORM 2

Page: 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193  MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/29/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.10 | | 12,988.83 |
| 06/29/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 15.44 | 12,973.39 |
| 07/31/12 | 16 | BANK OF AMERICA | Interest Rate  0.010 | 1270-000 | 0.11 | | 12,973.50 |
| 07/31/12 | | BANK OF AMERICA | BANK SERVICE FEE | 2600-000 | | 17.01 | 12,956.49 |
| 08/31/12 | 16 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 12,956.60 |
| 08/31/12 | | BANK OF AMERICA  901 MAIN STREET  10TH FLOOR  DALLAS, TX  75283 | BANK FEES | 2600-000 | | 15.93 | 12,940.67 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 12,940.67 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 22,500.00 | COLUMN TOTALS | 15,529.98 | 15,529.98 | 0.00 |
| Memo Allocation Disbursements: | 7,048.61 | Less: Bank Transfers/CD's | 0.00 | 12,940.67 | |
| | | Subtotal | 15,529.98 | 2,589.31 | |
| Memo Allocation Net: | 15,451.39 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 15,529.98 | 2,589.31 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 22,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 7,048.61 | CHECKING ACCOUNT - ********9254 | 60,000.00 | 72,940.67 | 0.00 |
| | | MONEY MARKET - ********1193 | 15,529.98 | 2,589.31 | 0.00 |
| Total Memo Allocation Net: | 15,451.39 | | 75,529.98 | 75,529.98 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.32          12,989.05

Ver: 18.03b

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 10

Exhibit 9

| Case No: | 06-11752 -DRC | | Trustee Name: | THOMAS E. SPRINGER, TRUSTEE |
|---|---|---|---|---|
| Case Name: | SCARIANO, DAVID | | Bank Name: | BANK OF AMERICA |
| | SCARIANO, DEBORAH | | Account Number / CD #: | *******1193 MONEY MARKET |
| Taxpayer ID No: | *******0995 | | | |
| For Period Ending: | 02/17/15 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals　　0.00　　0.00

Ver: 18.03b